# EXHIBIT H

1

# GENERAL RELEASE OF ALL CLAIMS
AMIC CLAIM# BA 10-0000006333

**TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT LATONYA SPIVEY,** residing at 2109 Oak St. Conway, SC 29626 as **RELEASOR**, in consideration of the sum of

EIGHTEEN THOUSAND DOLLARS
AND ZERO CENTS
($18,000.00 U.S.A. Dollars)

receipt whereof is hereby acknowledged, do hereby **fully and forever** release, remise, acquit, and discharge **Anagkaso LLC (Named Insured), Randy Anderson (Insured Driver) and American Millennium Insurance Company (AMIC)** (collectively, "the Released Parties" or "Releasees"), from all causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, and demands whatsoever, in law, admiralty or equity, which against the Releasees, the Releasor, Releasor's heirs, executors, administrators, successors, counsel and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this Release.

In further consideration of the above sum, Releasor, along with Releasor's heirs, executors, administrators, successors, and assigns, agrees to indemnify, defend and hold harmless Releasees, their heirs, executors, administrators, insureds, successors, representatives, counsel, insurers and assigns from all liens, claims, debts, judgments, accounts, suits and demands, presently known or presently unknown, that may have been or may be asserted on behalf of Releasor, in connection with any legal obligations, unsatisfied debts, or outstanding judgments against Releasor, or arising out of or related to Releasor's claims set forth or arising out of an occurrence on or around **January 25, 2023** at or near **County Line Rd. Andrews, SC.**

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

It is furthermore understood and agreed that this settlement and all payments made pursuant thereto are not to be construed as an admission of liability on the part of any party or parties hereby released, and that said Releasees and each of them deny all liability and intend merely to avoid litigation and buy their peace.

Releasor declares and expressly warrants that Releasor is not a Medicare beneficiary; is not suffering from end stage renal failure; has not applied for Social Security or Railroad Retirement Board disability benefits and is not permanently and totally disabled. Therefore, no Medicare interest in reimbursement of Medicare benefits is being considered. In the event the above information provided by Releasor is false or in any way incorrect, Releasor shall be solely liable and shall defend, indemnify and hold the Releasees harmless for any and all actions, causes of actions, penalties, claims, costs, services, compensation or the like from these inaccuracies.

Accordingly, Releasor hereby releases defendant and Releasees set forth herein, (collectively hereinafter, "Insurance Releasees"), of any responsibility for any and all post-settlement medical treatment and expenses, including any medical treatment and/or medical expenses that may be disputed and/or denied by Medicare.

Releasor agrees to pay and satisfy any and all liens, subrogation claims, or other claims of recovery rights including but not limited to Medicare, for past, existing, and future, known or unknown amounts, arising out of or relating to Releasor's claims. Releasor agrees to defend, indemnify and hold harmless the Releasees from any and all claims, suits, demands, liabilities, costs and attorney fees arising from any liens, subrogation claims, or other claims of recovery rights, past and future, known and unknown, including but not limited to future claims by CMS/Medicare/Medicaid, or any other entity, in connection with any claims for reimbursement or coverage of medical benefits of any kind or nature whatsoever and for any failure or claimed failure of the Insurance Releasees, or any of them, to comply with the requirements of 42 U.S.C. Section 1395y and any related statutes, laws or regulations in connection with her claims set forth in the above-referenced civil action.

SHOULD any person or entity not a party hereto pursue recovery of monies from Insurance Releasees or bring a claim against Insurance Releasees raising out of 42 U.S.C. Section 1395y(b) related to payment for items or services related to the injuries claimed by Releasor in the above-referenced action, Releasor and her attorney of record herein (if applicable) and each of them agree to provide reasonable cooperation and assistance upon the request of Insurance Releasees in defense of such a claim.

This General Release shall be deemed to have been drafted jointly by Releasor and Releasees. Accordingly, any rule pertaining to the construction of contracts to the effect that ambiguities are to be resolved against the drafting party shall not apply to the interpretation of this instrument or of any modifications of or amendments to this instrument.

This **RELEASE** may not be changed orally.

IN WITNESS WHEREOF, RELEASOR has hereunto set RELEASOR's hand on the ___ day of _____, 2023.

_____
LATONYA SPIVEY

On the _25_ day _August_, 2023, before me personally came **Latonya Spivey** to me known, and known to me to be the individual described in, and who each executed the foregoing RELEASE, and duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

Claim No.: BA10-0000006333

## CERTIFICATION OF MEDICARE ELIGIBILITY

State of _South Carolina_    County (Parish) of _Horry_

1. First Name __Latonya__

2. Middle Initial __M.__

3. Last Name __Spivey__

4. Date of Birth ____ ████████

5. Gender ____ Male  __X__ Female

6. Do you have a Social Security number ("SSN")? _____ __X__ Yes ____ No

   If yes, please provide your SSN __████████████__

7. Maiden name or other name(s) under which you have used the above SSN _____

8. Do you have an Individual Taxpayer Identification Number ("ITIN")? ____ Yes __X__ No

   If yes, please provide your ITIN _____

9. Are you a Medicare beneficiary? ____ Yes __X__ No

10. Are you currently receiving Medicare benefits? ____ Yes __X__ No

11. Are you eligible for Medicare benefits? ____ Yes __X__ No

12. Are you receiving Social Security Disability Insurance benefits ("SSDI")? ____ Yes __X__ No
    If no, have you applied, been denied or are you appealing any SSDI determination?

If you answered yes to question 9, 10 or 11, please provide your Medicare Health Insurance Claim Number

_____

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to certain action by Medicare, including but not limited to, possible penalties and fines and/or recovery of any funds improperly paid to me by Medicare in connection with the above-referenced claim.**

_Latonya Spivey_ _____    __08252023__
Signature                                  Date

_____
Print Name

Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.