# EXHIBIT I



# TOTAL LOSS PROPERTY DAMAGE RELEASE

MAR 17 2023

KNOW ALL BY THESE PRESENTS:

That the undersigned, being of lawful age, for sole consideration of **TWENTY TWO THOUSAND NINE HUNDRED SIXTY ONE DOLLARS AND EIGHTY EIGHT CENTS ($22,961.88)** to be paid on behalf of **DELORES HOLLOWAY**, does hereby and for my heirs, executors, administrators, successors and assigns release, acquit and forever discharge **AMERICAN MILLENNIUM INSURANCE COMPANY, CITADEL RISK MANAGEMENT, ANAGKASO LLC, SOUTH CAROLINA PORTS AUTHORITY and RANDY ANDERSON,** and its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, as it relates to property damage only  and the consequences thereof resulting or to result from the occurrence on or about the 26th day of January, 2023 at or near Andrews, South Carolina. This release does not have any bearing on the claim for bodily injury.

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said released parties deny liability and intend merely to avoid litigation and buy their peace. The undersigned further declare(s) and represents(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

**WITNESS(ES):**

_Sharon W. Harris_

Witness

**SIGNATURE (S):**

_(signature)_

Delores Holloway

_3/9/2023_

Date

**NOTARY:** State of _North Carolina_ ; County of _Wake_ ; SS

On this _9_ day of _March_ , 23___ , before me appeared

_Delores Hallowy_

who is known to be the person(s) named herein and who voluntarily executed this release.

_Barbara G. Gillis_                    _2-19-2024_

Notary Signature                    Date Commission Expire

BA10-0000006333

BARBARA A. GILLIS
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 2-19-2024.

# STATE OF NORTH CAROLINA

MVR-191 (Rev. 06/2022)

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 1HGCR2F84HA261635 | 2017 | HOND | 4S |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 778417230128947 | 01/12/2023 | 779165172165015 |

**ODOMETER READING**

000004

**ODOMETER STATUS**

**TITLE BRANDS**

MAIL TO

HOLLOWAY DELORES
2500 LITTLE JOHN RD
RALEIGH   NC  27610-

OWNER(S) NAME AND ADDRESS

DELORES MCCOY HOLLOWAY
2500 LITTLE JOHN RD
RALEIGH   NC   27610-4224

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*Wayne Goodwin*

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:          DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

SECOND LIENHOLDER:          DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

THIRD LIENHOLDER:          DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

FOURTH LIENHOLDER:          DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

ADDITIONAL LIENS:

00240149

947  T1B9471

**ANY ALTERATIONS OR ERASURES VOID TITLE**

2:25-cv-04115-DCN    Date Filed 05/15/25    Entry Number 1-9    Page 4 of 4

# STATE OF NORTH CAROLINA
## REGISTRATION CARD

| NC LIC NUMBER | PLT EXP DATE | INSPECTION DUE |
|---|---|---|
| 0285SU | 04/30/2023 | 04/30/2023 |

| VEHICLE ID # | | GROSS WT |
|---|---|---|
| 1HGCR2F84HA261635 | | |

| MAKE/SERIES | TITLE # | EQUIP # |
|---|---|---|
| HOND | 779165172165015 | |

| SHIPPING WEIGHT | STYLE | YEAR | FUEL | TOTAL FEE |
|---|---|---|---|---|
| | 4S | 2017 | G | 78.75 |

| CLASSIFICATION | VEHICLE BRAND |
|---|---|
| SHAW UNIVERSITY/PASS | |

| CUSTOMER ID # OWNER 1 | CUSTOMER ID # OWNER 2 | COUNTY |
|---|---|---|
| 000004962456 | | WAKE |

DELORES HOLLOWAY

2500 LITTLE JOHN RD
RALEIGH NC 27610-4224

S28 - STATE FARM MUTUAL AUTOMOBILE INS C
INSURANCE COMPANY AUTHORIZED IN NC

1338662F1433H
POLICY NUMBER

*Delores Holloway*

1HGCR2F84HA261635

NC DIVISION OF MOTOR VEHICLES
RECEIPT OF FEES PAID

DELORES HOLLOWAY

| | |
|---|---|
| License | 38.75 |
| Spec Lic | 25.00 |
| RTA | 15.00 |
| Prop.Tax | 150.72 |
| Veh. Fee | 30.00 |

Appraised Value    $15,490.00
Appeal Deadline: 06/14/2022
**Wake County Tax Administration**
**919-856-5400**

| Taxing Unit | Tax Rate | Amount |
|---|---|---|
| WAKE COUNTY | 0.600000 | 92.94 |
| RALEIGH | 0.373000 | 57.78 |
| RALEIGH VFEE | | 30.00 |

| TOTAL | 259.47 |
|---|---|

Total Property Tax    180.72
115  04/28/2022  #1C115D
CHCK

46450691