**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

AMERICAN MILLENNIUM            )
INSURANCE COMPANY,             )
                               )
        Plaintiff,             )
                               )        No. 2:25-cv-04115-DCN
        vs.                    )
                               )        **ORDER**
DELORES HOLLOWAY,              )
SHERICA POWELL, JOLLY EHIABHI, )
EMMETT LAZARUS, RENE LAZARUS,  )
DEQUAN SMALLS, LATONYA SPIVEY, )
ANAGKASO, LLC *d/b/a Anagkaso Logistic*, )
and THE SOUTH CAORLINA PORTS   )
AUTHORITY,                     )
                               )
        Defendants.            )
_____ )

This declaratory judgment action arises from a dispute concerning insurance coverage. ECF No. 6, Amend Compl. Plaintiff American Millennium Insurance Company ("AMIC") filed suit in this court on May 15, 2025. ECF No. 1. On September 3, 2025, the parties filed a consent motion to stay proceedings in this court for ninety (90) days, citing active, underlying litigation in South Carolina state court. ECF No. 14. This court granted the motion to stay proceedings on September 4, 2025. ECF No. 15.

Prior to full briefing on AMIC's motion to lift the stay filed on February 5, 2026, ECF No. 16, the court denied the motion on February 25, 2026, ECF No. 19.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." DeRosa v. Walsh, 541 F. App'x 250, 252 (4th Cir. 2013) (quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). In exercising

1

its authority to impose, continue, or lift a stay, a district court must "balance the various factors relevant to the expeditious and comprehensive disposition of the causes of action on the court's docket." Maryland v. Universal Elections, Inc., 729 F.3d 370, 375 (4th Cir. 2013) (quoting United States v. Ga. Pac. Corp., 562 F.2d 294, 296 (4th Cir. 1977).

As such, it is **ORDERED** that the stay is lifted.

**AND IT IS SO ORDERED.**

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**May 22, 2026**
**Charleston, South Carolina**

2